# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **Latravius Davis,** ) | |
| ) | |
| **Plaintiff,** ) | **Case Number: 2:17-cv-02059-JHE** |
| ) | |
| v. ) | **Magistrate Judge John H England, III** |
| ) | |
| ) | |
| **Family Dollar Stores, Inc.,** ) | |
| **Family Dollar Stores of Alabama, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT MOTION FOR ENTRY OF ORDER STAYING CASE PENDING ARBITRATION

Plaintiff Latravius Davis and Defendants Family Dollar Stores, Inc. and Family Dollar Stores of Alabama, LLC (collectively "the Parties"), request this Court to enter an Order staying the case pending arbitration. The Parties agree that arbitration before the American Arbitration Association is the proper venue for this action, based on the Mutual Agreement to Arbitrate between the Parties (attached hereto as **Exhibit A**) and Plaintiff's verification that she electronically signed the same. The Parties therefore agree to a stay of the case pending full arbitration of this matter pursuant to the terms of the Mutual Agreement to Arbitrate. The Parties are submitting a Proposed Agreed Order to chambers contemporaneously with this Motion. The Parties respectfully request this Court to enter the Proposed Agreed Order.

[SIGNATURES ON FOLLOWING PAGE]

Dated: January 16, 2018	Respectfully submitted,

*s/ Mallory Ricci*
Mallory Ricci, ASB-9295-C12H
mricci@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
401 Commerce Street, Ste. 1010
Nashville, TN  37219
615.320.5200
615.321.5891

*Counsel for Defendants*

*s/ J. Allen Schreiber*

J. Allen Schreiber, ASB-2540-R7J6
Lauren E. Miles, ASB-3564-T63E
SCHREIBER LAW FIRM, P.C.
6 Office Park Circle Suite 209
Birmingham, AL 35223
Phone:  (205) 871-9140
allen@schreiber.law
lauren@schreiber.law

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Parties' **JOINT MOTION FOR ENTRY OF ORDER STAYING THE CASE PENDING ARBITRATION** has been furnished to the below individuals via the Court's electronic filing system and/or by depositing same in the United States Mail, postage prepaid, on January 16, 2018.

> J. Allen Schreiber
> Lauren E. Miles
> SCHREIBER LAW FIRM, P.C.
> 6 Office Park Circle Suite 209
> Birmingham, AL 35223
> Phone:  (205) 871-9140
> allen@schreiber.law
> lauren@schreiber.law

/s *Mallory Ricci*_____
Mallory Ricci

4991936v.1